1 | COCA COLA ENTERPRISE
2 | ATTN.: PAYROLL DEPARTMENT
   | 1334 S. CENTRAL AVE.
3 | LOS ANGELES CA 90021
4 |
5 | Garnishee
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,         ) CASE NO. A97-6254
12 |                Plaintiff,         )
13 | v.                                ) ANSWER OF GARNISHEE
14 | DIANNA GANT AKA DIANNA            )
   | EDWARDS                           )
15 |                                   )
   |                Defendant.         )
16 |                                   )
17 |                                   )

18 | Name of Garnishee:_____
19 | Address of Garnishee:_____  Coca-Cola Enterprises Inc.
                                   Shared Services Center
20 |                                521 Lake Kathy Drive
                                   Brandon, FL 33510-3981
21 | Declarant states:
22 | 1. My name is _____ And my address and
23 |    telephone number are_____.
24 | 2. I am authorized to make this declaration on behalf of the Garnishee regarding
25 |    the Writ of Continuing Garnishment served on Garnishee on (Date)_____
26 |    .
27 | 3. Choose from the following:
28 |    (a) Garnishee is owned by:

FILED CLERK, U.S. DISTRICT COURT JUL -5 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

DOCKETED ON CM
JUL - 7 2005
BY SB
004

14

___(1) An individual whose name is _____, and whose address and telephone number are _____
_____.

___(2) A general partnership whose name is_____ and whose principal place of business and telephone number are _____
_____. The names of the partners are_____.

___(3) A limited partnership registered in the State of _____.
The name of the limited partnership is _____.
The principal place of business and telephone number of the limited partnership are_____
_____. The names of the general partners are:_____.

___(4) A limited liability company organized under the laws of the State of
_____. The principal place of business and telephone number of the company are_____
_____.

X (5) A corporation organized under the laws of the State of Florida.
The principal place of business and telephone number of the corporation are 521 Lake Kathy Dr. Brandon, Fl 33510  813-569-2956.

4. Choose all appropriate from the following:

___(a) The garnishee does not have possession, custody, or control of property (including earnings) in which DIANNA GANT AKA DIANNA EDWARDS has an interest.

___(b) The Garnishee has possession, custody, or control of property (including earnings) in which DIANNA GANT AKA DIANNA EDWARDS has a nonexempt interest. A description of the property, the judgment debtor's interest, and the value of the interest are as following:

13

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| (1) N/A | | |
| (2) | | |
| (3) | | |
| (4) | | |

X (c) The Garnishee anticipates having future possession, custody, or control of property (including earnings) in which DIANNA GANT AKA DIANNA EDWARDS has a nonexempt interest. A description of that property, the judgment debtor's interest, and the value of the interest are as follows:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| (1) Wages | $19.57 per hour | Wages |

Estimated date of possession: 7/8/05

(2) _____

Estimated date of possession: _____

(3) _____

Estimated date of possession: _____

(4) _____

Estimated date of possession: _____

5. For the pay period in effect on the date of service:

Yes  No

☒  ☐  (1) Defendant is in my/our employ. His/Her position is Transport Driver Department Transportation.

(2) Pay period is ☒ Weekly, ☐ biweekly ☐ Semi-monthly, ☐ Monthly, ☐ Daily.

Enter date the pay period began which includes the date the Writ of

14

Continuing Garnishment was served: 6/28/05 .

Enter date that pay period ends: _____.

(3) Enter amount of net wages. Calculate below:

(a) Gross pay                $ 1062.21
(b) Federal income tax       $ 85.29
(c) F.I.C.A. income tax      $ 81.26
(d) State income tax         $ 34.26
(e) _____          $ _____
(f) _____          $ _____

Total of tax withholding     $ 200.81

Net wages                    $ 861.40
[(a) less (b), (c), and (d)]

6. Is debtor subject to an existing garnishment or levy?

Yes ☐   No ☒

If yes, give the name, address and telephone number of that creditor and the creditor's attorney: _____

As to that garnishment, or levy, what is the outstanding amount due and owing?

Balance due $ _____.

7. If Garnishee is unable to determine the identity of the debtor after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability:

_____

8. The Garnishee was served with the Writ of Continuing Garnishment on ___
6/28/05 .

9. On (date) 6/30/05   The Garnishee mailed a copy of this Answer by

first-class mail to (1) judgment debtor DIANNA GANT AKA DIANNA EDWARDS 11168 N. Glenwood Ave. Rialto CA 92376 and to (2) the attorney for the United States of America, SCOTT M. GITLEN, Goldsmith & Hull, A Professional Corporation 16000 Ventura Blvd,, Suite 900, Encino, CA 91436.

I have read this Answer. I declare under penalty of perjury under the laws of the United States of America that the statements in this Answer are true and correct.

Signed this _____30th_____ day of ___June___, 2005.

_____Amy Frank_____
Signature of Declarant

_____Amy Frank_____
Printed Name of Declarant

_____Garnishment Administrator_____
Title of Declarant